**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

SIVAN KATZ,

  Plaintiff,           CASE NO.: 0:22-CV-62151-JEM

 v.

ZIGI SEGAL and
NILI ROTHSCHILD,

  Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**

  Plaintiff, SIVAN KATZ, by and through her undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that this action is voluntarily dismissed with prejudice. Defendants, ZIGI SEGAL and NILI ROTHSCHILD, have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action with prejudice.

| | |
|---|---|
| Dated: Miami, Florida<br>August 21, 2023, | **DEREK SMITH LAW GROUP, PLLC**<br>*Counsel for Plaintiff*<br><br>*/s/ Kyle T. MacDonald*<br>Kyle T. MacDonald, Esq.<br>Florida Bar No.: 1038749<br>Derek Smith Law Group, PLLC<br>701 Brickell Ave, Suite 1310<br>Miami, FL 33131<br>Tel: (305) 946-1884<br>Fax: (305) 503-6741<br>Kyle@dereksmithlaw.com |

*[Certificate of service on the following page]*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on August 21, 2023, on all counsel of record on the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**LAW OFFICES OF NOLAN KLEIN, P.A.**

Nolan Klein, Esq.
Law Offices of Nolan Klein, P.A.
5550 Glades Road
Ste. 500
Boca Raton, FL 33431
954-745-0588
Fax: 877-253-1691
Email: klein@nklegal.com

*Counsel for Defendants*