**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

SIVAN KATZ,

      Plaintiff,                                            CASE NO.: 0:22-CV-62151-JEM

v.

ZIGI SEGAL and
NILI ROTHSCHILD,

      Defendants.
_____/

## PROPOSED ORDER GRANTING DISMISSAL

Pursuant to the Plaintiff's Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby ORDERED AND ADJUDGED that the above-captioned action be dismissed with prejudice, with each agreeing to be responsible for their respective fees and costs.

**ORDERED and ADJUDGED** in Chambers at Miami, Florida this ___ day of _____ 2023.

                                                                       THE HONORABLE JOSE E. MARTINEZ,
                                                                       UNITED STATES DISTRICT JUDGE

*Copies Furnished to All Counsel of Record*