UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 22-62151-CIV-MARTINEZ

SIVAN KATZ,

    Plaintiff,

v.

ZIGI SEGAL and
NILI ROTHSCHILD,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before this Court on the Plaintiff's Notice of Voluntary Dismissal (the "Notice"), (ECF No. 28). This Court has reviewed the Notice and pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is:

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, all pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2 day of August, 2023.

                                              JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record